WILLIAM TAYLOR *v.* BOARD OF EDUCATION OF THE
TOWN OF EAST LYME

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*Robert B. Halloran,* in support of the petition.

*Edward B. O'Connell,* in opposition.

Decided June 4, 1980

ROBERT BURNHAM *v.* ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT, ET AL.

The named defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Donald E. Wasik,* assistant attorney general, in support of the petition.

Decided June 11, 1980

MORRIS DIFATO *v.* ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Rudolph P. Arnold,* in support of the petition.

*Thomas J. Daley,* assistant attorney general, in opposition.

Decided June 11, 1980